

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00237-CV

## IN RE H&S HOKE RANCH, LLC

## Original Proceeding

**From the County Court at Law
Walker County, Texas
Cause No. 12831CV**

## MEMORANDUM OPINION

H&S Hoke Ranch, LLC sought a writ of mandamus compelling the trial court to set aside an order denying its plea to the jurisdiction and motion to transfer pursuant to Section 21.002 of the Property Code. *See* TEX. PROP. CODE ANN. § 21.002. On May 28, 2021, this Court issued an opinion and judgment that conditionally granted mandamus relief.

On June 24, 2022, the Supreme Court of Texas ordered this Court to vacate our conditional writ. Therefore, our opinion and judgment are vacated and set aside.

The petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Smith, and
     Visiting Justice Rose[1]
Petition denied
Opinion delivered and filed September 21, 2022
[OT06]



---

[1] The Honorable Jeff Rose, Former Chief Justice of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.